DOROTHY L. O'CONNOR, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

ROBERT J. BOURLIER, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

HYLAN F. ABER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30816.) — Motion granted and appeal dismissed, without costs. [202 Misc. 808.]

GEORGE McPECK, Appellant, v. STATE OF NEW YORK, Respondent.—Motion granted and appeal dismissed, without costs.

MICHAEL DYMKAR et al., Respondents, v. STANLEY C. SUTKINS et al., Appellants.—Motion granted and appeal dismissed, without costs.

In the Matter of RUTH S. WEITZMAN, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.—Motion for a stay granted on condition that printed records and briefs are filed on or before May 4, 1954, and that the appeal is argued May 11, 1954.

ELLEN K. BLODGETT, Respondent, v. ROY A. BLODGETT, Appellant.—Motion for a stay granted as to accounting ordered by interlocutory judgment, pending hearing and determination of appeal.

In the Matter of JOSEPH J. PIECHOWICZ, Petitioner, against BOARD OF TRUSTEES OF THE VILLAGE OF SLOAN, Respondent.—Appeal dismissed, without costs, upon stipulation.

MILDRED DOWNES, Plaintiff, v. RAYMOND McMAHON, Defendant. (And Three Other Actions.)—Appeals dismissed, without costs, upon stipulation.

JANE KRYSTY, Plaintiff, v. SIGMUND KRYSTY, Defendant.—Appeals dismissed, without costs, upon stipulation.

JOSEPH O. LARIVIERE, Plaintiff, v. IRVING WILSEY et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

JOSEPH GRANCHELLI, Appellant, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, Respondent.— Appeal dismissed, without costs, upon stipulation.